US District Court

For The District Of Montana

Butte Division

MAY 1 3 2016

Clerk, U.S. Courts
District of Montana
Billings Division

David Steven Braun

Plaintiff,

VS

Civil Action No:

United States Post Office

Defendant

## Complaint

The plaintiff brings this action for relief pursuant to the Privacy Act of 1974, 5 U.S.C. & 552a(g)(1)(b). 5 U.S.C. & 552(a)(g)(1)(c) also applies, as the agency has miss represented my name and occupants and allowed the government id's to be changed in their national database at many off my mailing address. This has enabled illegal court order for electronic surveillance to be obtained, and has also misrepresented my Criminal Background as well as other credentials which has made it impossible to gain employment as well as caused major problem's with my phone and email service. Also, until recently, most off these suites and complaints to law enforcement were done buy mail. Their has been consistent problems with getting packages to their destinations in a timely fashion. I halve complained to Federal Law Enforcement, The Postal Inspector General, The Postal Inspector. When the records office was requested to furnish the results off requested investigation's they were officially denied. There are three record requests denials generated from complaints to federal law enforcement covered in this suite.

    2015-IGFP-00360
    2015-FPIS-00355
    2015-FPIS-00332

## Jurisdiction

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. && 552a(g)(5),

### Venue

2. Venue is appropriate in the District under 552a(g)(5). It is in the District off residents off the Plaintiff.

### Parties

3. David Steven Braun is a citizen of the United States and Resides in Gallatin County Montana. My physical residence is at 155 Aurora Light Dr B10, in Big Sky Montana.

4. The defendant, the United States Post Office is an agency within the meaning of 5 U.S.C. & 552a(a)(1), and is in possession and or control of the records pertaining to the thee FOIA/PA Record requests that were denied and has also miss represented my name and or occupants of my mailing address.

### Facts

1. The Plaintiff, David Steven Braun has never been employed buy any branch off state federal or local government. I halve also never signed any agreement or been employed buy any branch of the United States Government. This includes any Settlement or Contractual Agreements off any kind. Apparently, a federal Civil Database has a records off some kind off settlement/contractual agreement that precludes any further civil activity. I halve never signed or seen this alleged pre-existing settlement agreement.

2. Unfortunately, I, as US Citizen halve had to report illegal activity, that is affecting my life to the Postal Inspector General.

3. Their was a previous Privacy act suite docketed in Butte, a while ago. Their were some issues with the complaint that prevented the edicts from being generated. It was dismissed with Pre-Judice. I halve now made a new records request. I believe rather than being a pedagogical exercise, there are significant new records contained in the new denial.

4. I made a Privacy act request, FOIA Exhibit 1 with the letter dated 5/19/2015. USPS delivery receipt Exhibit 14. Some off the accusations made to the

postal inspector whose results were denied are included in exhibits 1-7. This is not a complete list.

5. The Postal Inspector General responded with the first denial letter Dated 5/27/2015, FOIA Exhibit 2.

6. I did appeal the denial, and stated that this was obviously incorrect. The initial response was that their were no new records or incidences found since the FOIA used in the Butte case. This was as if someone at 55 Meadow Center Dr had seen a Priority mail package sent to the Postal Inspector General FOIA Agency and contacted them and asked them to send an incorrect and misleading document. The agency responded that they upheld the appeal FOIA Exhibit 4, and would conduct a new search. A new record request was produced dated August 6, 2015 FOIA Exhibit 6. I did appeal it, and a records request denial was upheld with the September 11 Appeal FOIA Exhibit 7.

7. Their were also two more Record Request, FOIA Exhibit 8 & 11. This produce two record request denials, FOIA Exhibit's 9 & 12. Both were appealed, the appeal letters are FOIA Exhibit's 10 & 11.

8. Exhibits 1-7 are some off the complaints to the Postal Inspector General, that started the criminal investigations that result's were with held. Please note, some off the request might halve been made after the FOIA was pulled, so you may want to investigate or review them separately. Their were significant new records generated     after the first FOIA suite in Butte.

9. You might also want to investigate Exhibit 25, a motion filled in the Justice court. It show's further criminal behavior.  It was not responded to. Was their criminal behavior on the part off the Post Office?

Additional Accusation's

I halve had the following problems with mail and the US Post Office

1. 55 Meadow Center returned a letter to sender, the Gallatin Valley Justice court allegedly because it said 155 Aurora Light Dr, rather than PO Box

161950.  This lead the court to believe I no long lived in Big Sky and Generated and Arrest Warrant.  I was dragged out off my house at 4:30 on Saturday.  Took a 50 mile ride down a canyon in Hand Cuffs.  Got printed.  Their were two prisoners in the Holding Aria,  wandering around.  They were sweeping up.  Had I not maid bail, I'm not sure I would not halve been alive buy monday morning.  55 Meadow is an accessory to this.  I believe that this was done deliberately.

2.  Gean Palmer, the manager, sold me Express Mail, rather than Priority mail certified.  This caused a law suite not to be properly served.  I was ordered buy the court to affect proper service, or do 30 days contempt.  This had to be re-done.  It caused a 60 days delay, and impeded the criminal process.  I believe this was done intentionally to pre-vent criminal charges that would not halve been written until the suite was properly served.  The suite was Braun Vs US Government docketed in Butte.

3.  Their were nine certified letters regarding 3 law suits.  They were not mailed a 55 Meadow.  One physical return receipt, 950 Pennsylvania avenue was intentionally removed and not delivered.  When I explained   I needed to show proof service to the court,  I was given the wrong information, wait 60 days and file a lost mail ticket.  Any post office could print an electronic return receipt with the tracking number.    55 Meadow intentionally tried to prevent proper service off these three law suites.

4.  Arrest warrants were Generated out off Baltimore Federal, and DC Federal when the US Post Office failed to Verify that David Steven Braun was the current occupant off the mailing address provided as point off contact to the court. Exhibit 13,  a traffic ticket was written buy a federal Park Ranger, in a very rule aria in between Big Sky and West Yellow Stone the day the Law Suite arrived in Baltimore Federal.   In the attached sound bits from the traffic stop there are some Alerts,  Anti Law Enforcement, Very good with weapons.  There is also a statement that the officer is not sure who she has.  Exhibit 15 is my criminal record from the FBI.  I don't halve one.  There is no incident in my past that warrants these Anti Law enforcement   statements.  The court did not issue Summons.  Since the Post office did not represent that David Steven Braun was the current occupant.  This took a 400 dollar check.  A 175 dollar speeding ticket.  And wasted 4 month's and caused me to halve to re-venue the case in Butte Montana where no one is familiar with this type off case.

5. Exhibit 14 is a plait run from the local court house. This is produced buy putting the License plait into the court house computer. On it, there are two factious tenant's. A Braun, David Robert, and a Braun, David William. There is also a sound bit, there is a mental incompetent on premises. These two people, and these statements appear on this print out because they are current occupants off this Mailing address on file with the DMV for the registration. They are real government ID's added to the Postal Address Database off my Condo without my signature or consent. This tenants appear in the database and are visibly to federal Judges and would make it a very easy excuse to say write an electronic surveillance order. The way this was done, it has made it impossible to get a Job. I prefer to create my cases in person, because the Court Security, the check point logs all government ID's off the people that pass through the metal detector. Their fore, I can walk out with Summons's rather than getting an arrest warrant generated when the clerk opens the mail. These warrants go no further than the window, but you waste thousands off dollars and then need to re-venue you case, re-zerox etc. Let me also state, I am an only child. The only relative I halve named Braun is my mother.

6. Exhibit 14, A subpoena Deuces Tukem was served on a Baxter Post office. The returned records are on the Evidence disk. None off the request records were produced including any off the Computer records or 1093 forms. To legally change a resident, I would halve to show up at 55 Meadow and submit a 1093. It would halve to be signed buy me, witnessed and signed buy a postal worker and then Faxed down to the Baxter Post office in Bozeman where a Post Master would enter the ID into the postal database. Every change in the postal database should halve an accompanying 1093 form 55 Meadow. None off the requested records were produced. Including Exhibit 16 and 17. Correct 1093 forms which I submitted at 55 Meadow. The post office has intentionally tried to cover up this tampering. Note, this form requires my signature. Any ID that does not bare the name David Steven Braun that appears on a form has a forged signature. Not only is this forgery, I would consider signing this form accessory to attempted murder, because when they screw around like this, it makes it impossible among other things to get a job.

7. This is a very rule aria. There is only on hospital serving the community. It is modern medicine. They halve taken pieces off the other two fictitious tenants and added put them in my medical records. Their halve been two Montana Medical Review board hearings about complaints about my health

care that halve not been released. They halve charged me thousands off dollars in inappropriate test and medical expenses. This has done permanent damage to my credit report as well as health. It was my belief that this was done so that one day their will be an accident and maybe a fatal mistake like an unnecessary paralysis, etc. I now drive to the next community. Their medical records system is on a different network, and the care is quite good.

8. The Baxter post office, miss represented my name/social security number to the social security administration. This caused the Social Security Administration to deny a disability claim. It took over a year for them to approve it, rather than a month. This left me, not only without income, but without health insurance. This cause me to be unable to obtain health care for over a year, as with damaged credit report, and without any medical insurance, the Hospitals and Doctors will deny you health care. A neurological consultation and several other issues were not able to be addressed due this negligence. Their has been some permanent damage as a result.

9. Exhibit 15 is my Criminal record. Exhibit 12 is a complaint to the FCC about problems with my phone service. There are some entries in the caller ID database, # and # C C N. These entries cause phone calls not to be transferred to supervisors or senior people. They cause lawyers not to provide services. They cannot legally be maid without some kind off conviction or court order. I believe Sou False South Dakota, consumer affairs represented to several vendors, including someone at Omaha, based on one off these other people's criminal background that they had the right to make these entries. This in it self is life threatening. It has caused me to essentially be in a very rule aria without phone service for at least two years. I believe that this makes the Consumer affairs people accessories to this. You can't even get federal law enforcement on the phone, much less a Job Interview on a trading desk.

10. Did any one at 55 Meadow or the Baxter Post office represent that owner of the condo and plaintiff off this suite had any kind off criminal record that would allow these entries or statements be maid legally.

11. The post office allowing this has generated two to lengthy omnibus hearings, one with the phone company, and one with a miss domineer at the post office. This has wasted endless time, with these entries and tampering with

the records, it has maid it impossible to gain employment due to miss representing my credentials. I halve also caused me to spend a large amount off time and resources in complaining to law enforcement and filling suites like this. This is second time I halve to file a suite based on a record request denial. Hopefully this is the last time and this will correct the problem.

12. After all the head eques, I exhibit a sample plea agreement Exhibit 8. Note, there is only one road out off Big Sky. If I had signed this agreement, it would halve maid living in Big Sky illegal, or every time I left my condo I would be passing within 300 feet off the Big Sky Post office, which would halve been in violation off this agreement. Note, no where in this agreement is this explicitly stated. The prosecutors state that he felt he had this right because the Big Sky post office is a Federal Building. In reality, they are a contract operation. Jean Palmer is a contract worker. She is not a Federal Post master. The building is owned or operated buy The Post Office LLC, a registered company with the secretary off state. See Exhibit 10 and 10A It lists All Malinowski as the Agent. I believe that this is serious miss conduct on behalf off Gallatin County. As a note, I halve used three Federal Post offices, Gateway, Baxter and Belgrade. You could probably wright this agreement as is without any problem. This shows further negligence on the part off the Post office and the Big Sky owner. In the case off 55 Meadow, the Big Sky Post office, it is in the center off town. There are several other business in the same building, and within 100 feet there is a market, a bank and a Jym. Unfortunately, this makes it very easy for someone to observe who is in town, when they go to pick up their mail. It is very rule hear, there is at most usually one Deputy or officer on staff for a 75 mile radius. I think this in it self is negligence.

13. You might also want to investigate Exhibit 25, a motion filled in the Justice court. It show's further criminal behavior. It was not responded to. Was their criminal behavior on the part off the Post Office?

14. Let me bring Exhibit 18 to your attention. It is a background report obtained from a public records search engine buy putting my original mailing address in big sky into the computer. The information is not blatantly incorrect. The name off the Plaintiff, Birth Date etc are correct. If you look on Page 12 off the Exhibit there are a bunch off companies, Messa Radio. Bellevue Radio, Molac radio etc. I halve never owed or worked at any off these business. I had some serious Jobs, but I halve always been a W2 Employee. None off

these 11 Business Ownership records halve anything to do with me. On page three the name Wells Fargo in Billings and Himco in Great Falls comes up. I halve never worked for either. If you were presented my resume and viewed this background check, you would instantly not hire me as you thought I was a fraud or liar. This, as well as the No supervisors has caused all Jobs offers to vaporize. This easily qualifies this suite to be brought under (g)(1)(c). Enclosed is my correct resume, Exhibit 11. I believe these entries halve been made at other residences, as possible as far back as Ohio in the 80's and 90's. It is not measurable as to how many Jobs this has caused. The logical conclusion off this scheme is my death. If you halve a family or even a mortgage, buy the time you get this corrected you are foreclosed on, the children don't go to college and maybe you are forced to suicide to provide for you family, as my father was.

## Pre Existing Contract/Legal Reason why this and all other law suits cannot be settled.

During the Miss domineer generated buy the Big Sky post office, I was explicitly denied an attorney. I am living on my social security disability, as I under stood the hearing, appointment off a PD would be almost automatic. I halve consistently been denied attorneys and gotten very strange dismissal's on 12b(6) motions, the court cannot grant the requested relief, but never given an exact reason why. During the hearing, the Public Defender eligibility specialist made a statement that she had run a background check. Their were no problems criminally but she citied a prior civil event. That their had been a Trust Fund awarded, say through a previous contact and agreement with the US Government or the OMB and that apparently I had squandered it, and this gave her reason not to provide a PD. A buy product off this settlement was that the Plaintiff, David Steven Braun would not be allowed any further Civil Activity for the rest off his life. Now I don't know if the US Government actually writes agreements like this, but in this case, I halve never seen an agreement, signed an agreement or received any money from such a settlement. A motion requesting the production off settlement agreement, Exhibit 23 went un responded to. The court was further motioned Exhibit 24, to at least give more information, exactly what database, DOJ Civil etc this alleged statement came from. It went also un-responded to. Now, I halve legitimate claims against the US Government. The whistle blower suites in Butte, several other privacy act cases. These would all be submitted under section 31 U.S. & 3702(a)(1)(4) to the Director off Office off Management and Budget. Several off these submissions halve also not been responded to. A letter to the OMB Exhibit 19, requesting that the office look into

voiding and investigating any previous executed agreements has not been responded to, but a Privacy act request, requesting a search and production off any executed agreements, Exhibit 20, returned Exhibit 21, no Records found. Now, every case is different. In my particular situation, their halve been fictitious tenant's added to the Postal Database. The medical records in the local hospital halve been corrupted to such an extent if I go there, it might be life threating. Their halve been two Montana Medical Review Board hearings who's transcripts halve not been released to me. I halve been in court for over two years to try to get all the wire tapping problem corrected. Entries in the Caller ID Database halve been made that causes people not to be transferred to supervisors or Federal Law Enforcement. Do you get the impression that someone doesn't like me. If you step back, if you were in my situation, you would probably sue. This entry is kinda par for the course, kinda like Fuck You, which isn't exactly a legal term. I did send a letter to the Billings US Attorney's office. I request that the office look into and render some guidance on the alleged contractual agreement. This letter went un-responded to. I personally question do we halve a conflict with the Montana US Attorney, I am a home owner, it is my understanding that that would be the office that would be most knowledgeable in US Government wire tapping issues.

15. Is the Government aware off any agreement or database entry as such that would lead an attorney or Judge to believe that there is a legal reason why this case and any other case cannot settle for even 1 dollar.

16. Can you produce this agreement.

17. Can you prove that I actually signed it, received any money from it, and that it was executed legally.

18. I don't believe you can answer yes to the above three questions. Please correct this buy removing the database entry and voiding any contract. Please respond yes or no if the contract is still in effect at the time you respond to the pleadings.

19. I freely admit. This agreement did at one point halve use full side affects. It caused private companies to not be able to settle. As such, when they are dragged into court, chambers simple corrects the problem, and act's like a branch off law enforcement. As a result off these suits, problems halve been corrected, but this

has denied me any kind off civil compensation.    Unless this is corrected,  I would expect this to ultimately cause my death.

Requested Goal off this suite.

Upon proper service,  I request that all records denied in this and previous request's be reviewed and processed for criminal/negligent behavior.   And the denial decision be reviewed and upheld.   I.E. the Edicts be Generated.

And then I would hope that we could discuss settlement or some type off Judgement for me,  so that I do not starve,  halve a quality off life, and not halve my house re-possessed.   Their seams to be database, record issues that might also need a court order from a Federal Judge.   It is my understanding that since financial compensation is not required,  but rather the removal or declaring a contract void,  this court has some Jurisdiction rather than the court of Federal Claims.

This is my last Privacy Act case, and hope fully  my last case I need to file in Federal or State court.   It is my understanding that to deny the results of the requested federal law enforcement investigation's is unusual.   Through this suite,  the court will I am sure resolve all issues and this will halve a public service feature in that among other things make the US Post Office function better.   This type off crime can easily be done to ten's if not hundreds off people.   This I hope you will put a stop to it.  This is my last case.   It is time to release me from my contract.

Through this miss conduct,  I halve had to spend 3 years in court to try to correct the situation.    Their has been two mid size companies of my father destroyed. Through the post office's allowing these factious tenants,   their halve been medical issues.   I am now 47,   I don't believe that it is realistic to assume that I can return to my carrier in Finance of Banking in a normal capacity.  In reality,  I will probably be looking over my shoulder the rest off my life.    I am asking for 5,000,000 dollars a year for life, to compensate me for the negligence and malicious behavior and damaged caused buy the issues brought to light in this suite.

David Steven Braun
PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
Dbraun119@4securemail.com

*David S Braun*

5/13/2016